UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHAYNE S. STEELE, | ) | |
| Plaintiff, | ) | File No.: 1:15-cv-00637 |
| | ) | |
| v. | ) | Hon. Paul L. Maloney |
| | ) | United States District Judge |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF | ) | Hon. Phillip J. Green |
| SOCIAL SECURITY, | ) | United States Magistrate Judge |
| Defendant. | ) | |

### **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

DATED**:**  November 30, 2015 .

                            /s/ Paul L. Maloney
                            Hon. Paul L. Maloney
                            DISTRICT JUDGE